UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 14-68 (SRN)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) | **ORDER** |
| v. )<br>) | |
| MARK DAVID HOLT, )<br>) | |
| Defendant. ) | |

The matter before the Court is the Government's Motion for Extension of Time to File its Response to Defendant Mark David Holt's Motion for Compassionate Release. It is hereby ORDERED that the Government's motion [Doc. No. 73] is **GRANTED**. The Government shall file its response by December 7, 2020, and the Defendant shall file his reply by December 11, 2020.

Dated:  Nov. 24, 2020                s/Susan Richard Nelson
                                     Susan Richard Nelson
                                     United States District Judge